UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

CASE NO: 1:25-CV-10860-JCB

| | |
|---|---|
| **ARIELLE COUTARD**, individually and on behalf of all others similarly situated | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **BUNDY FITNESS COMPANY, LLC**. | ) ) ) |
| Defendant. | ) ) |
| v. | ) ) |
| **TEXTMUNICATION, INC.** | ) ) |
| Third-Party Defendant | ) ) ) ) |

### DEFENDANT BUNDY FITNESS CO.'S REQUEST FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT TEXTMUNICATION, INC.

Defendant Bundy Fitness Co., LLC ("Bundy Fitness") respectfully requests that this Court enter Third-Party Defendant Textmunication, Inc.'s ("Textmunication") default. On August 15, 2025, Bundy Fitness served Textmunication with: (1) the First Amended Class Action Complaint (Docket No. 4); (2) Defendant Bundy Fitness Co.'s Answer to Plaintiff's First Amended Class Action Complaint and Third-Party Complaint (Docket No. 11); (3) the Third-Party Complaint Summons (Docket No. 11); and the original Complaint filed in this action (Docket No. 1). Textmunication's Answer was due on September 5, 2025. *See* Docket No. 16.

1

Textmunication has not filed any responsive pleading in this matter, twenty-four days past its deadline at time of filing this motion. Because Textmunication "has failed to plead or otherwise defend," this Court must enter Textmunication's default. Fed R. Civ. P. 55(a).

                                                Respectfully submitted,
                                                Bundy Fitness Company,
                                                Defendant, by its Attorneys,

Dated: September 29, 2025                    */s/ Eric R. LeBlanc*
                                                Eric R. LeBlanc (BBO# 666786)
                                                eleblanc@bennettandbelfort.com
                                                Nafisa Bohra (BBO# 708968)
                                                nbohra@bennettandbelfort.com
                                                William E. Petrone (BBO# 711524)
                                                wpetrone@bennettandbelfort.com
                                                Bennett & Belfort, P.C.
                                                24 Thorndike Street, Suite 300
                                                Cambridge, MA 02141
                                                (617)-577-8800

**CERTIFICATE OF SERVICE**

I, Eric R. LeBlanc, hereby certify that on September 29, 2025, a copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Additionally, I served a copy of the foregoing document by electronic mail upon Third-Party Defendant:

Textmunication, Inc.
c/o Wais Asefi, CEO
1940 Contra Costa, BLVD
Pleasant Hill, CA 94523
wais@textmunication.com

                                    */s/ Eric R. LeBlanc*
                                    Eric R. LeBlanc