UNITED STATES DISTRICT COURT
DISTRIC OF MASSAHUSETTS

CASE NO: 1:25-CV-10860-JCB

| | |
|---|---|
| **ARIELLE COUTARD**, individually and on behalf of all others similarly situated | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **BUNDY FITNESS COMPANY, LLC**. | ) ) ) |
| Defendant. | ) ) ) |
| v. | ) ) |
| **TEXTMUNICATION, INC.** | ) ) ) |
| Third-Party Defendant | ) ) ) ) ) |

### DEFENDANT BUNDY FITNESS CO.'S MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT TEXTMUNICATION, INC.

Defendant Bundy Fitness Co., LLC ("Bundy Fitness") respectfully moves this Honorable Court to enter default judgment against Third-Party Defendant Textmunication, Inc. ("Textmunication") pursuant to Fed. R. Civ. P. 55(b)(2). As to the reasons therefore and the relief requested, Bundy Fitness relies on the memorandum of law accompanying this Motion.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>Bundy Fitness Company,<br>Defendant, by its Attorneys, |
| Dated: December 16, 2025 | */s/ William E. Petrone*<br>William E. Petrone (BBO# 711524)<br>wpetrone@bennettandbelfort.com<br>Eric R. LeBlanc (BBO# 666786)<br>eleblanc@bennettandbelfort.com<br>Nafisa Bohra (BBO# 708968)<br>nbohra@bennettandbelfort.com<br>Bennett & Belfort, P.C.<br>24 Thorndike Street, Suite 300<br>Cambridge, MA 02141<br>(617)-577-8800 |

**CERTIFICATE OF SERVICE**

I, Eric R. LeBlanc, hereby certify that on December 16, 2025, a copy of the foregoing document was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Additionally, I served a copy of the foregoing document by electronic mail upon Third-Party Defendant:

Textmunication, Inc.
c/o Wais Asefi, CEO
1940 Contra Costa, BLVD
Pleasant Hill, CA 94523
wais@textmunication.com

                                                          */s/ William E. Petrone*
                                                          William E. Petrone